**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 2, 2012**

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

CORDILLERA GOLF CLUB, LLC, a Delaware limited liability company; CORDILLERA GOLF HOLDINGS, LLC, a Delaware limited liability company; CORDILLERA F&B, LLC, a Delaware limited liability company; CGH MANAGER, LLC, a Delaware limited liability company; DAVID A. WILHELM; PATRICK WILHELM,

    Petitioners,

v.

CHERYL M. FOLEY; THOMAS WILNER; JANE WILNER; CHARLES JACKSON; MARY JACKSON; KEVIN B. ALLEN, on behalf of themselves and all others similarly situated,

    Respondents.

No. 12-707
(D.C. No. 1:12-CV-00351-WJM-KMT)

---

**ORDER**

---

Before **BRISCOE,** Chief Judge, **LUCERO** and **MATHESON,** Circuit Judges.

---

Having considered the petition seeking permission to appeal pursuant to Fed. R. App. P. 5 and the response in opposition, the "Petition for Permission to Appeal Pursuant

to 28 U.S.C. § 1453(c)" filed by the Cordillera Golf Club, LLC, et al. is denied.

            Entered for the Court
            ELISABETH A. SHUMAKER, Clerk

            by:
            Douglas E. Cressler
            Chief Deputy Clerk